

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Donald C. Sullivan
(212) 356-2433
dsulliva@law.nyc.gov

February 1, 2021

**BY ECF**

Hon. George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

FEB 0 4 2021

The March 17, 2021 initial conference is adjourned to May 12, 2021 at 9:45 a.m.

SO ORDERED

*[signature]*
HON. GEORGE B. DANIELS

Re: *Loth v. City of New York*
   20 Cv. 9345 (GBD)
   Defendant's Request for Enlargement in Page Length of Memorandum,
   Joint Request for Adjournment of Conference, and Proposed Briefing
   Schedule

Dear Judge Daniels:

   I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent the Defendant in the above-referenced matter. In accord with the schedule previously set for Defendant to respond to the Complaint, defendant intends to file a motion to dismiss on February 4, 2021. Defendant writes now on three issues related to that motion. As outlined below, plaintiff consents or joins in each request.

   First, defendant respectfully requests to submit a supporting memorandum of law of thirty pages. Defendant makes this request based on the length of the Complaint and defendant's assertion that portions of the Complaint are barred by a prior agreement. Plaintiff consents to this request for an enlargement of the memorandum.

Next, the parties jointly request that the March 17, 2021 initial conference be stayed, pending resolution of the defendant's motion to dismiss. Finally, the parties jointly propose the following briefing schedule for defendant's motion.

| | |
|---|---|
| Defendant Serves and Files Moving Papers | February 4, 2021 |
| Plaintiff Serves and Files Opposition | March 22, 2021 |
| Defendant Serves and Files Reply | April 13, 2021 |

The parties thank the Court for considering this submission.

    Respectfully submitted,

    /s/ _____
    Donald C. Sullivan
    Assistant Corporation Counsel

cc:    All counsel of record, by ECF