UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

MARGOT LOTH,

                        Plaintiff,

  -against-

CITY OF NEW YORK,

                        Defendant.

------------------------------------------------------------- x

ORDER

20 Civ. 9345 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled for May 12, 2021 is cancelled. The Court will hear oral argument on Defendant's Motion to Dismiss the Verified Complaint, (ECF No. 16), on June 23, 2021 at 10:30 a.m.

Dated: May 12, 2021
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE