**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARGOT LOTH,

                    Plaintiff,

   -against-                                        20 **CIVIL** 9345 (GBD)

                                                         **JUDGMENT**

THE CITY OF NEW YORK,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 21, 2021, Defendants' motion to dismiss the Verified Complaint (ECF No. 16) is granted; accordingly, the case is closed.

**Dated:**  New York, New York
            September 21, 2021

                                                             **RUBY J. KRAJICK**
                                                              _____
                                                                    **Clerk of Court**
                                                     **BY:** _____
                                                                    **Deputy Clerk**